

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2016

No. 04-16-00185-CR

**EX PARTE** Anthony **SMITH**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

On April 1, 2016, Relator filed a pro se petition for writ of habeas corpus. The court has determined that it lacks jurisdiction to consider Relator's petition. Accordingly, the petition is DISMISSED FOR LACK OF JURISDICTION. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on August 26, 2016.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR10000, styled *State of Texas v. Anthony Lee Smith*, in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.